McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
AMITA BAMAN TRACY
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: amita.tracy@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BECKIE C. ROMO,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:07-CV-00349-EFB<br><br>STIPULATION AND PROPOSED ORDER |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is September 30, 2007. The new due date will be October 30, 2007.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                 Respectfully submitted,

Dated: September 24, 2007             /s/ Ann M. Cerney
                                              (As authorized via facsimile)
                                              ANN M. CERNEY
                                              Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: September 24, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | | Social Security Administration |

/s/ Amita Baman Tracy
AMITA BAMAN TRACY
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  September 28, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE