1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   AMITA BAMAN TRACY
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8981
       Facsimile: (415) 744-0134
7      E-Mail: amita.tracy@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12 | BECKIE C. ROMO,               )
13 |        Plaintiff,             )   CIVIL NO. 2:07-CV-00349-EFB
                                   )
14 |            v.                 )   STIPULATION AND ORDER OF
                                   )   VOLUNTARY REMAND AND DISMISSAL
15 | MICHAEL J. ASTRUE,            )   OF CASE, WITH DIRECTIONS TO CLERK
     Commissioner of               )   TO ENTER JUDGMENT
16   Social Security,              )
                                   )
17 |        Defendant.             )
                                   )
18 |_____)

19     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the
20 approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of
21 this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.
22     The case will be remanded to an Administrative Law Judge for further consideration of the
23 opinion evidence of record; further consideration of Plaintiff's residual functional capacity; and as
24 necessary, evidence from a vocational expert.
25     It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this
26 Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of
27 the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625
28 (1993).

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: October 4, 2007 | /s/ Ann M. Cerney<br>(As authorized via facsimile)<br>ANN M. CERNEY<br>Attorney for Plaintiff |
| Dated: October 4, 2007 | McGREGOR W. SCOTT<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Amita Baman Tracy<br>AMITA BAMAN TRACY<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: October 10, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order of Sentence Four Remand